UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Debra A. Brandt, | : | Case No. 1:07CV0952 |
| | : | |
| Plaintiff | : | Judge Sara Lioi |
| | : | |
| v. | : | Magistrate Judge David S. Perelman |
| | : | |
| Commissioner of Social Security, | : | **REPORT AND RECOMMENDED** |
| | : | **DECISION** |
| Defendant | : | |

The parties have submitted a "Joint Stipulation To Reverse With Remand" (Doc. #18) and a "Stipulation To Award Of Attorney Fees Under The Equal Access To Justice Act," (Doc. #19), 28 U.S.C. §242, calling for a fee award to the plaintiff in the sum of $4,800.00

It is recommended that each of the stipulations be approved.

s/DAVID S. PERELMAN
United States Magistrate Judge

DATE:   February 13, 2008

## OBJECTIONS

Any objections to this Report and Recommended Decision must be filed with the Clerk of Courts within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the District Court's order. *See, United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See, also, Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).